## United States Bankruptcy Court
### Eastern District of New York

In re   __720 Livonia Development LLC_____     Case No.   __19-47797 (CEC)_____

                                    Debtor(s)              Chapter   __7_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   __8/6/20_____

                                        _____
                                        **Chaskiel Strulovitch/Principal**
                                        Signer/Title

Date:   _____

                                        _____
                                        Signature of Attorney

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Chaim Freund
862 47th Street
Brooklyn, NY 11220


J. Michael Gottesman, Esq
80-02 Kew Gardens Rd
Suite 1030
Kew Gardens, NY 11415


Jack Brown
415 Main Street
Brooklyn, NY 11201


Joseph M. Claro, Esq.
Claro PLLC
2 Park Avenue Fl 20
New York, NY 10016-0936


Meluchim Holdings LLC
420 Broadway
Brooklyn, NY 11211


Mike Genuth
1442 55th Street
Brooklyn, NY 11219


Natanel Deitcher
1117 St. Catherine West
Suite 303
Montreal, Quebec H3B1H9
Canada


Ruchie Golombeck
2601 Avenue K
Brooklyn, NY 11210


Track Data Corporation
1304 East 7th Street
Brooklyn, NY 11230