**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: 516.826.6500
Gary F. Herbst, Esq.
Jacqulyn S. Loftin, Esq.
*Counsel to Gregory M. Messer, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

720 LIVONIA DEVELOPMENT LLC, *et al*.,

                      Debtors.
-----------------------------------------------------------x

Chapter 7
Case No. 19-47797 (ESS)
(jointly administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NASSAU    )

      DENISE BISAGNI, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

      On October 2, 2020, deponent served the **Notice of the Motion of the Chapter 7 Trustee and Motion of the Chapter 7 Trustee Seeking the Entry of an Order: (I) Approving the Stipulation Between the Chapter 7 Trustee and Track Data Corporation; (II) Authorizing a Sale of the Real Property Located at 720 Livonia Avenue, Brooklyn, New York 11207; (III) Approving the Terms and Conditions of Sale and the Notice of Sale; and (IV) Related Relief [Dkt. 29]** by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

1

TO:     **See annexed Service List**

                                      *s/Denise Bisagni*
                                      DENISE BISAGNI

Sworn to before me this
2nd day of October 2020

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021

# **SERVICE LIST**

**Office of the U.S. Trustee**
Eastern District/Brooklyn Division
U.S Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Gregory Messer, Trustee
**LAW OFFICES OF GREGORY MESSER, PLLC**
26 Court Street, Suite 2400
Brooklyn, NY 11242

**J. Michael Gottesman, Esq.**
80-20 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
*Attorney for 720 Livonia/MG Livonia/ Chaskiel Strulovitch*

*Notices of Appearances:*

Kevin Nash, Esq.
**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
1501 Broadway, 22nd Floor
New York, NY 10036
*Counsel to Meluchim Holdings LLC*

Bruce Weiner, Esq.
**ROSENBERG MUSSO & WEINER, LLP**
26 Court Street, Suite 2211
Brooklyn, NY 11242
*Counsel to Track Data Corporation*

720 Livonia Development LLC
Attn: Chaskiel Strulovitch
720 Livonia Avenue
Brooklyn, NY 11211

*All Known Claimants/Creditors & Taxing Authorities:*

Meluchim Holdings LLC
420 Broadway
Brooklyn, NY 11211

Track Data Corporation
1304 East 7th Street
Brooklyn, NY 11230

Mike Genuth
1442 55th St.
Brooklyn, NY 11219

Ruchie Golombeck
2601 Avenue K
Brooklyn, NY 11210

**Natanel Deitcher**
**1117 St. Catherine West, Suite 303**
**Montreal, Quebec H3B1H9**
**CANADA**

INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101-7346

NYC DEPT OF FINANCE
345 Adams Street
Office of Legal Affairs
Brooklyn, NY 11201-3739

NYC DEPT OF FINANCE
Attn: Leyda Sachs-Michaels
66 John Street, 2nd Floor, Room 104
New York, NY 10038

NYC ENVIRONMENTAL
CONTROL BOARD
100 Church Street, 4th Floor
New York, NY 10007

NYC DEPT OF FINANCE
100 Church Street, 4th Floor
New York, NY 10007

NYS DEPT OF TAXATION
& FINANCE
300 Motor Parkway
Hauppauge, NY 11788

NYS DEPT. OF TAXATION & FINANCE
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS DEPT OF TAXATION & FINANCE
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-5300

NYS UNEMPLOYMENT INSURANCE
Attn: Insolvency Unit
W.A. Harriman Campus
Bldg. #12, Room 256
Albany, NY 12240-0001

THE CITY OF NY DEPT OF ENVIRONMENTAL
PROTECTION –
Bureau of Customer Services
59-17 Junction Blvd
Flushing, NY 11373-5108

U.S. SECURITIES & EXCHANGE COMMISSION
NY Regional Office - Brookfield Place
Attn: Bankruptcy Group
200 Vesey Street, Suite 400
New York, NY 10281-1022

U.S. DEPT. OF HOUSING &
URBAN DEVELOPMENT
Office of Regional Counsel for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of the Regional Counsel
Region 2 - New York/Caribbean Superfund Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. DEPT OF HEALTH AND
HUMAN SERVICES
Office of the General Counsel
Attn: Robert P. Charrow, Esq.
26 Federal Plaza, Room 3908
New York, NY 10278

UNITED STATES ATTORNEY'S OFFICE
Eastern District of New York
Attn: James R. Cho, Chief of Bankruptcy Litigation
Civil Division, Bankruptcy Processing
271-a Cadman Plaza East
Brooklyn, NY 11201-1820

NYS DEPT OF TAXATION AND FINANCE
Attn: Office of Counsel
Building 9
W.A. Harriman Campus
Albany, NY 12227

*Interested Parties:*

Rebecca Chatteram
Sandra Dupree
**HYDE LEADERSHIP CHARTER SCHOOL-BROOKLYN**
330 Alabama Avenue
Brooklyn, NY 11207

Melissa A. Peña, Esq.
**Norris McLaughlin PA**
7 Times Square, 21st Floor
New York, NY 10036

720 Livonia LLC
183 Wilson Street, Suite 129
Brooklyn, NY 11211

720 Livonia Development LLC
551 Wyona Street
Brooklyn, NY 11207

720 Livonia Development
116 Nostrand Avenue
Brooklyn, NY 11205

Martin S. Fishman, Esq.
*[Re: 720 Livonia Avenue Realty Corp.]*
5 Sunderland Place
Suffern, NY 10901

Advantage Foreclosure-FCL 134578
201 Old Country Road, Suite 200
Melville, NY 11747

Atlantic Landtitle and Abstract, Ltd.
5417 18th Avenue
Brooklyn, NY 11204

James Caffrey, Esq./Referee
**Bamundo, Zwal & Schermerhorn**
111 John Street, Suite 1100
New York, NY 10038

Bank Leumi Trust Company of NY
**c/o Warshaw Burstein, LLP**
Attn: Marvin Joseph Fortgang, Esq.
575 Lexington Ave
New York, NY 10022-6102

Bank Leumi Trust Company of New York
579 Fifth Avenue
New York, NY 10017

Dov Medinets, Esq.
**Gutman Weiss, P.C.**
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, NY 11204
*Attorneys for Boruch Angel, et al.*

Chaim Landau
**c/o Robinson Brog Leinwand et al**
875 Third Ave, 9th Floor
New York, NY 10022

Chaim Landau
543 Bedford Avenue, Suite 214
Brooklyn, NY 11211

Sheldon Eisenberger, Esq.
**Barton LLP**
711 3rd Avenue, Fl 14
New York, NY 10017-9202

Joseph M. Claro, Esq.
**CLARO PLLC**
2 Park Avenue, Fl 20
New York, NY 10016-9306

DITMAS PARK CAPITAL LLC
Attn: Barry Hertz
1122 Coney Island Ave, Suite 203
Brooklyn, NY 11230

DITMAS PARK CAPITAL, LP
Attn: David Hertz, Managing Member
11 Hawk Way
Lakewood, NJ 08701

DITMAS PARK CAPITAL LLC
2107 Ditmas Avenue
Brooklyn, NY 11226

Fay Josovitz, Esq.
Judah A. Zelmanovitz, Esq.
**FINK & ZELMANOVITZ, P.C.**
3839 Flatlands Avenue, Suite 206
Brooklyn, NY 11234

Hyde Leadership Charter School
720 Livonia Avenue
Brooklyn, NY 11207

LAW OFFICE OF MARVIN SCHWARTZ
4782 Route 9 South
Second Floor, Suite 9
Howell, NJ 07731

LAW OFFICES OF ALAN J. WAINTRAUB PLLC
12510 Queens Blvd., Suite 311
Kew Gardens, NY 11415-1506
*Attorneys for Track Data Corp.*

MELRO COMPANY
462 Seventh Avenue, 16th Floor
New York, NY 10018

Melro Company
**c/o Joseph T. Wong, Esq.**
100 Lafayette Street, 7th Floor
New York, NY 10013

MG LIVONIA LLC
Attn: Chaskiel Strulovitch
720 Livonia Avenue
Brooklyn, NY 11211

MG LIVONIA LLC
116 Nostrand Avenue
Brooklyn, NY 11205

RIVERSIDE ABSTRACT LLC
3839 Flatlands Ave #208-RANY-16932
Brooklyn, NY 11234

SCHWARTZ BURTON LLP
500 River Avenue
Lakewood, NJ 08701

SUTTON LAND SERVICES LLC
515 Rockaway Avenue
Valley Stream, NY 11581

TITAN MANAGEMENT, L.P.
53 Forest Avenue, 2nd Floor
Old Greenwich, CT 06870